TATE *v.* MULL.

EVANS, P. J.  Under conflicting evidence there was no abuse of discretion in refusing a temporary injunction.

*Judgment affirmed.  All the Justices concur.*

MAY 11, 1916.

Petition for injunction.  Before Judge Wright.  Floyd superior court.  October 19, 1915.

*Harris & Harris,* for plaintiff.

*McHenry & Porter,* for defendant.